IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERTO HERRERA,

        Petitioner,        No. CIV S-12-0508 DAD P

    vs.

CONNIE GIPSON,

        Respondent.        ORDER

_____/

        Petitioner has filed a document with the court styled as a, "Court Order Request," in which petitioner requests that the court reconsider its order denying his request for the appointment of counsel. As the court explained in its order filed on March 13, 2012, there currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). Although the court may appoint counsel "if the interests of justice so require," the court has determined that at this time, the appointment of counsel is not required.

/////

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner's March 26, 2012
2 renewed request for appointment of counsel (Doc. No. 12) is denied without prejudice to a
3 renewal of the motion at a later stage of the proceedings.
4 DATED: April 4, 2012.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:md/4
herr0508.110