IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERTO HERRERA,

    Petitioner,                         No. 2:12-cv-00508-KJM-DAD

    vs.

CONNIE GIPSON,

    Respondent.                      ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 14, 2012, petitioner filed a request for an extension of time to either file his reply to respondent's answer or an opposition to a motion, if filed by respondent. Petitioner explains that he has not received a copy of respondent's response to his habeas petition. Petitioner is advised that on May 3, 2012, the court granted respondent an extension of time to file and serve a response by June 13, 2012. Therefore, petitioner's request for an extension of time will be denied as unnecessary.

        On May 23, 2012, petitioner filed a second request for the appointment of counsel. For the same reasons provided in the court's previous order, filed on March 13, 2012, the request will be denied at this time.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Petitioner's May 14, 2012 request for an extension of time (Doc. No. 20) is

3  denied as unnecessary; and

4  2. Petitioner's May 23, 2012 request for the appointment of counsel (Doc. No.

5  22) is denied without prejudice.

6  DATED: May 30, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
herr0508.eot.110

2