IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERTO HERRERA,

    Petitioner,               No. 2:12-cv-0508-KJM-DAD P

    vs.

CONNIE GIPSON,

    Respondent.           ORDER

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        In addition, petitioner has filed a motion for an extension of time to file and serve his traverse. Good cause appearing, the motion will be granted.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Petitioner's July 16, 2012, motion for appointment of counsel (Doc. No. 26) is
3  denied without prejudice;

4  2. Petitioner's July 16, 2012 motion for an extension of time (Doc. No. 26) is
5  granted; and

6  3. Petitioner is granted thirty days from the date of this order in which to file and
7  serve a traverse.

8  DATED: July 25, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

13  DAD:mp
herr0508.110+111