```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone:  (916) 498-5700

Attorneys for Petitioner
ROBERTO HERRERA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA, | No. 2:12-cv-508 KJM-DAD |
| Petitioner, | |
| v. | **REQUEST FOR SUBSTITUTION OF COUNSEL; PROPOSED ORDER** |
| CONNIE GIPSON, | |
| Respondent. | |

Petitioner, ROBERTO HERRERA, hereby moves this Court for an order substituting Michael Bigelow, Attorney at Law, 331 J Street, Suite 200, Sacramento, CA, 95814, telephone (916) 443-0217; as counsel for the Petitioner in the above-entitled case. The Federal Defender's Office has determined that it is currently unable to continue its representation of Petitioner.  Mr. Bigelow has agreed to represent the Petitioner.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Mr. Bigelow is aware of any deadlines in this case. The undersigned is authorized to sign this substitution motion on his behalf.

Dated:  December 19, 2012

>                               Respectfully submitted,
>
>                               DANIEL J. BRODERICK
>                               Federal Defender
>
>                               /s/ David M. Porter
>                               DAVID M. PORTER
>                               Assistant Federal Defender
>
>                               Attorneys for Petitioner
>                               ROBERTO HERRERA

Dated:  December 19, 2012         /s/ Michael Bigelow
                                  MICHAEL BIGELOW

## O R D E R

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that MICHAEL BIGELOW, Attorney at Law, shall be substituted in as appointed counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

DATED: December 20, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
herrera508.sub