IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERTO HERRERA,

      Petitioner,       No. 2:12-cv-0508 KJM DAD P

  vs.

CONNIE GIPSON,

      Respondent.       ORDER

_____/

      On December 14, 2012, this court ordered that counsel be appointed for petitioner. Thereafter, on December 20, 2012, attorney Michael Bigelow was substituted in as appointed counsel on behalf of petitioner in this action. Petitioner had apparently not yet received the court's order appointing counsel to represent him when, also on December 20, 2012, he filed a motion seeking the appointment of counsel.

      In light of the above, petitioner's motion for appointment of counsel has been rendered moot and will be denied on that basis. See Murphy v. Hunt, 455 U.S. 478, 481 (1982), (quoting United States Parole Comm'n v. Geraghty, 445 U.S. 388, 396 (1980)) (quoting Powell v. McCormack, 395 U.S. 486, 496 (1969)) ("[A] case becomes moot 'when the issues presented are no longer "live" or the parties lack a legally cognizable interest in the outcome.'").

/////

/////

Accordingly, IT IS HEREBY ORDERED that petitioner's December 20, 2012 motion for appointment of counsel (Docket No. 39) is denied as having been rendered moot.

DATED: January 8, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:mp
herr0508.110(2)