IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERTO HERRERA,

    Petitioner,               No. 2:12-cv-0508 KJM DAD P

  vs.

CONNIE GIPSON,

    Respondent.           <u>ORDER</u>

_____/

        A status conference was held in this matter on February 8, 2013 at 10:00 a.m. in the courtroom of the undersigned. Attorney Michael Bigelow appeared for petitioner. Deputy Attorney General Kay Lauterbach appeared for respondent. After discussions with counsel and as announced to counsel in open court, THE COURT HEREBY ORDERS that:

        1. The parties shall file supplemental briefs by April 9, 2013. The briefs should address the matters discussed at the status conference but may also include any other matters the parties may wish to address to aid in the disposition of this matter.

/////

/////

/////

/////

1

2. Either party may file a response to the opposing party's supplemental brief by May 9, 2013.

DATED: February 8, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
herrera508.oah