UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA, | No. 2:12-cv-0508 KJM DAD P |
| Petitioner, | |
| v. | ORDER |
| CONNIE GIPSON, | |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 23, 2014, this court issued an order setting a March 24, 2014 evidentiary hearing on petitioner's claim that his guilty plea was induced by threats and harassment and was therefore not voluntarily entered. On February 24, 2014, respondent filed a motion for reconsideration by the assigned District Judge of the January 23, 2014 order granting an evidentiary hearing. On February 27, 2014, the clerk of court for the assigned District Judge issued a minute order directing respondent to set the motion for reconsideration on that court's calendar for March 28, 2014, April 11, 2014, or April 25, 2014.

In light of the filing of respondent's motion for reconsideration and the related minute order issued by the District Court clerk, this court will vacate the previously scheduled March 24, 2014 evidentiary hearing. A new evidentiary hearing will be reset, if appropriate, after the

/////

1

assigned District Judge issues a ruling on respondent's February 24, 2014 request for reconsideration.

Accordingly, IT IS ORDERED that:

1. The March 24, 2014 evidentiary hearing is vacated.

2. An evidentiary hearing will be reset, if appropriate, after respondent's February 24, 2014 request for reconsideration is resolved by the District Court.

Dated: February 28, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
Herrera508.vacate