UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,, | No. 2:12-cv-0508 KJM DAD P |
| Petitioner, | |
| v. | ORDER |
| CONNIE GIPSON, | |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 23, 2014, this court issued an order setting a March 24, 2014 evidentiary hearing with respect to petitioner's claim that his guilty plea in state court was induced by threats and harassment at the hands of correctional officers and was therefore not voluntarily entered. On February 24, 2014, respondent filed a motion for reconsideration by the assigned District Judge of the undersigned's January 23, 2014 order granting an evidentiary hearing. On March 3, 2014, the undersigned vacated the evidentiary hearing pending the disposition of respondent's motion for reconsideration. On August 25, 2014, the district court denied respondent's motion for reconsideration.

/////

/////

/////

1

Accordingly, IT IS ORDERED that:

1. An evidentiary hearing is reset for November 17, 2014, at 9:00 a.m. before the undersigned in Courtroom 27.[1]

2. The scope of the evidentiary hearing will be limited to petitioner's claim that his guilty plea was induced by threats and harassment and was therefore not voluntarily entered.

Dated: September 9, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
Herrera508.reset

---

[1] If this date is not available, convenient or satisfactory to the parties, counsel are directed to meet and confer, consult with Courtroom Deputy Pete Buzo and then file a stipulation and proposed order resetting the evidentiary hearing to an agreed upon available date.