**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Robert Herrera

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HERRERA ) | |
| ) | No. CIV 12-508 KJM DAD |
| Plaintiff ) | |
| ) | |
| vs. ) | STIPULATION AND ORDER |
| ) | (PROPOSED) CONTINUING HEARING |
| CONNIE GIPSON ) | TO JANUARY 26, 2015 |
| ) | |
| ) | |

**STIPULATION**

The parties in this matter have met and conferred and have agreed to reset the above entitled matter to the mutually agreeable date of January 26, 2015 for hearing.

Accordingly, it is respectfully requested by both parties that hearing be set for January 26, 2015.

Dated: October 17, 2014     /s/Michael B. Bigelow
                            MICHAEL B. BIGELOW
                            Attorney for Petitioner

-1-

**IT IS SO STIPULATED**

/S/MICHAEL B. BIGELOW                    Dated: October 17, 2014
Michael B. Bigelow
Attorney for Petitioner
Robert Herrera


/S/ KAY LAUTERBACH
Kay Lauterbach                           Dated: October 17, 2014
Attorney for Respondent

**ORDER**

**IT IS ORDERED THAT**, pursuant to stipulation the hearing in the above referenced matter is continued to January 26, 2015.

Dated:  October 17, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.habeas
Herrera0508.stip