UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA, | No. 12-cv-0508 KJM DAD P |
| Petitioner, | |
| v. | ORDER |
| CONNIE GIPSON, | |
| Respondent. | |

A status conference set by the court was held on January 26, 2015, at 10:00 a.m. in the courtroom of the undersigned. Attorney Michael Bigelow appeared for petitioner. Deputy Attorney General Kay Lauterbach appeared for respondent. After hearing the arguments of counsel, and good cause appearing therefor, THE COURT HEREBY ORDERS AS FOLLOWS:

1. An evidentiary hearing will be held in this matter commencing April 27, 2015, at 10:00 a.m. in the courtroom of the undersigned and concluding not later than April 29, 2015;

2. Prior to the evidentiary hearing, respondent may take petitioner's deposition at the prison at which he is currently housed. The deposition will be limited to no longer than four hours of questioning by respondent's counsel and time consumed by any questions posed by petitioner's counsel shall not be counted against that time limit.

3. Respondent's counsel shall inquire with prison officials as to the best method for petitioner's counsel to review petitioner's prison C-file and shall relay that information to

1

petitioner's counsel.

    3. Respondent's request to take the deposition of petitioner's trial counsel is denied. However, respondent's counsel may seek to interview petitioner's trial counsel if he voluntarily consents to an interview. Petitioner's counsel shall be present if any such interview takes place.

    4. Prior to the evidentiary hearing in this matter, petitioner shall submit verified responses to respondent's request for interrogatories and request for production of documents.

    5. The parties are directed to exchange witness lists 30 days prior to the evidentiary hearing.

Dated: January 26, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
Herrera508.oah2

2