KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CATHERINE CHATMAN, State Bar No. 213493
Supervising Deputy Attorney General
A. KAY LAUTERBACH, State Bar No. 186053
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7876
 Fax: (916) 324-2960
 E-mail: Kay.Lauterbach@doj.ca.gov
*Attorney for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERTO HERRERA,** | 2:12-cv-00508-KJM-DAD |
| Petitioner, | **STIPULATION AND ORDER CONTINUING DISCOVERY AND EVIDENTIARY HEARINGS** |
| v. | |
| **CONNIE GIPSON,** | |
| Respondent. | |

The parties in the above-captioned matter have met and conferred and have agreed to continue the hearing dates on petitioner's discovery motion (Court's Electronic Docket No. 88) and have also agreed to continue the date for the evidentiary hearing.

Petitioner's discovery motion is currently set for hearing on March 13, 2015. The parties have stipulated to continue that hearing date to March 27, 2015.

The evidentiary hearing is currently set to start on April 27, 2015. The parties have stipulated to continue that date to July 20, 2015.

The parties have been diligently pursuing discovery and the petitioner's deposition is set to take place on March 17, 2015. Consequently, the matter will not be sufficiently prepared for hearing on the date presently set for the evidentiary hearing.

1

Stipulation and (Proposed) Order Continuing Hearing on Petitioner's Discovery Motion  (2:12-cv-00508-KJM-DAD)

Accordingly, it is respectfully requested by both parties that the hearing on petitioner's discovery motion be continued to March 27, 2015 and the evidentiary hearing moved to July 20, 2015.

Dated: March 3, 2015                                           /s/ A. Kay Lauterbach
                                                                A. KAY LAUTERBACH
                                                                Attorney for Respondent
                                                                Connie Gipson

**IT IS SO STIPULATED**

/s/ Michael B. Bigelow                                         Dated: March 3, 2015
MICHAEL B. BIGELOW
Attorney for Petitioner
Robert Herrera


/s/ A. Kay Lauterbach                                          Dated: March 3, 2015
A. KAY LAUTERBACH
Attorney for Respondent
Connie Gipson

ORDER

IT IS HEREBY ORDERED THAT, pursuant to the stipulation of the parties, the hearing on petitioner's discovery motion in the above-captioned matter is continued to March 27, 2015, at 10:00 a.m. in Courtroom No. 27.  Pursuant to Local rule 230, respondent must file and serve any opposition to the motion 14 days before the hearing and petitioner must file and serve any reply 7 days before the hearing.

IT IS FURTHER ORDERED THAT, pursuant to the stipulation of the parties, the evidentiary hearing in the above-captioned matter is continued to July 20, 2015, at 10:00 a.m. in Courtroom No. 27.

Dated: March 4, 2015

DAD:8

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1  Herrera508.stip(2)

3