UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA, | No. 12-cv-0508 KJM DAD P |
| Petitioner, | |
| v. | ORDER |
| CONNIE GIPSON, | |
| Respondent. | |

Petitioner's Motion for Leave to Compel Discovery came on regularly for hearing on March 27, 2015, at 10:00 a.m. in the courtroom of the undersigned. Attorney Michael Bigelow appeared for petitioner. Deputy Attorney General Kay Lauterbach appeared for respondent. After hearing the arguments of counsel, and good cause appearing therefore, THE COURT HEREBY ORDERS AS FOLLOWS:

1. Within fourteen days[1] from the date of this order, respondent shall submit to the undersigned for in camera review the personnel file of Correctional Officer Bret Fleming, No. 56279, as it may relate to these habeas proceedings as well as any internal affairs report regarding the events that are described in petitioner's habeas petition in which he claims that his guilty plea was coerced.

---

[1] If additional time to submit the documents in question for in camera review is required, counsel for respondent may so advise the court and additional time will be granted for that purpose.

1

      2.  Respondent shall attach a cover letter to the materials submitted for the court's in camera review explaining respondent's position with respect to any information that respondent believes should not be turned over in discovery.

      3.  Any material ordered to be provided to petitioner's counsel following the court's in camera review shall be produced subject to a stipulated protective order.

Dated:  March 27, 2015

DAD:8
Herrera508.o(2)

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE