1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  CATHERINE CHATMAN, State Bar No. 213493
   Supervising Deputy Attorney General
3  A. KAY LAUTERBACH, State Bar No. 186053
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 327-7876
6    Fax: (916) 324-2960
     E-mail: Kay.Lauterbach@doj.ca.gov
7  *Attorney for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERTO HERRERA,** | 2:12-cv-00508-KJM-DAD |
| Petitioner, | **STIPULATION AND ~~(PROPOSED)~~ ORDER CONTINUING EVIDENTIARY HEARING** |
| v. | |
| **CONNIE GIPSON,** | |
| Respondent. | |

The parties in the above-captioned matter have met and conferred and have agreed that there is a need to continue the evidentiary hearing date in this case, subject of course to this Court's approval.

The date for the evidentiary hearing is currently set for July 20, 2015. Respondent has taken Petitioner's deposition, but the parties have not yet been able to schedule the interview of Petitioner's former trial counsel Ray Simmons. Respondent's counsel was injured and was off work for approximately two weeks and Petitioner's counsel is now in trial and will be for the next three weeks, up to the scheduled start of the hearing in this case on July 20th. In light of this situation, the parties have stipulated to continue the evidentiary hearing to the week of September 14, 2015.

1

Accordingly, it is respectfully requested by both parties that the evidentiary hearing be moved to September 14, 2015.

Dated:  June 23, 2015   /s/ A. Kay Lauterbach
A. KAY LAUTERBACH
Attorney for Respondent
Connie Gipson

IT IS SO STIPULATED.

/s/ Michael B. Bigelow   Dated:  June 23, 2015
MICHAEL B. BIGELOW
Attorney for Petitioner
Robert Herrera

/s/ A. Kay Lauterbach   Dated:  June 23 2015
A. KAY LAUTERBACH
Attorney for Respondent
Connie Gipson

**ORDER**

IT IS HEREBY ORDERED THAT, pursuant to the stipulation of the parties, the evidentiary hearing in the above-captioned matter is continued to September 14, 2015.

Dated:  June 25, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10
herr0508.continue