UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA, | No. 2:12-cv-0508 KJM DAD P |
| Petitioner, | |
| v. | ORDER |
| CONNIE GIPSON, | |
| Respondent. | |

     Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 24, 2015, pursuant to court order, respondent submitted to this court for in camera review the personnel file of Correctional Officer Bret Fleming and a cover letter explaining respondent's position with respect to whether any information from that file should be produced to petitioner's counsel in discovery. The undersigned has reviewed the submitted material and respondent's letter, and finds that none of the materials contained in Officer Fleming's personnel file are relevant to these proceedings.

/////

/////

/////

/////

1

1       Accordingly, no aspect of that file need be disclosed to petitioner's counsel. The material
2 submitted to the undersigned for in camera review has been returned to counsel for respondent.
3       IT IS SO ORDERED.
4 Dated: July 28, 2015

                                                     *[signature]*
                                             DALE A. DROZD
DAD:8                              UNITED STATES MAGISTRATE JUDGE
Herrera508.o(3)