1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERTO HERRERA,                          No. 2:12-cv-0508 DAD P

12                    Petitioner,

13          v.

14   CONNIE GIPSON,                             ORDER

15                    Respondent.

16

17          Petitioner is a state prisoner proceeding through counsel with a petition for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  On October 19-20, 2015, the undersigned conducted

19   an evidentiary hearing on petitioner's claim that his 2010 guilty plea was involuntary.  At that

20   hearing, the court heard extensive testimony with respect to petitioner's allegation that he entered

21   a plea of guilty as a result of harassment from correctional officers at High Desert State Prison.

22          Thereafter, on December 28, 2015, petitioner filed a document entitled "Motion to Reopen

23   Evidentiary Hearing."  Attached to that motion are a 2015 report by the Officer of the Inspector

24   General regarding practices at High Desert State Prison from January 1, 2015 to June 30, 2015

25   with respect to excessive use of force against inmates; several supporting documents; and two

26   2010 Sacramento Bee newspaper articles.  Petitioner requests that this court "reopen the

27   evidentiary hearing, permit additional discovery, and permit additional testimony" in light of the

28   information contained in the exhibits submitted with his motion to reopen.

                                                  1

1   After reviewing petitioner's motion and exhibits, the court concludes that petitioner's

2   request to conduct additional discovery and to reopen the evidentiary hearing to introduce

3   additional testimony should be denied.  The exhibits supporting petitioner's motion have some

4   relevance with respect to the need for an evidentiary hearing in this case in the first instance.

5   However, the court has already ordered and conducted such a hearing, at which extensive

6   testimony was introduced regarding petitioner's specific allegations regarding the entry of his

7   guilty plea.  General allegations concerning High Desert State Prison, which do not involve the

8   petitioner, are not directly relevant to petitioner's claim for federal habeas relief before this court.

9   To the extent those are now matters of public record, they will be considered by the court for

10  what they are worth in assessing petitioner's habeas claims.

11  Accordingly, good cause appearing, IT IS ORDERED that petitioner's December 28,

12  2015 "Motion to Reopen Evidentiary Hearing" is denied and the February 2, 2016 hearing

13  thereon is vacated from this court's calendar.

14

15  IT IS SO ORDERED.

16

17  Dated:  __**January 14, 2016**__                    _____

18                                                      DALE A. DROZD
                                                        UNITED STATES DISTRICT JUDGE
19

20

21

22  Mou8(2)
    Herrera508.reopen
23

24

25

26

27

28

2